BRUCE A. BLAKEMAN
County Executive

THOMAS A. ADAMS
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

April 14, 2025

Hon. Lee G. Dunst
U.S. Magistrate Judge
U.S. District Court, Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

Re: Jamie Domroe v. Nassau County
24 cv 06545

Dear Hon. Dunst,

The Nassau County Attorney's office represents the defendant in the above referenced action. It is respectfully requested that the time for the defendant's to proceed to Mediation be extended to June 15, 2025. The Plaintiff consents to this request.

The request is made as the defendants have requested but have not received the NYS Workers Compensation file regarding the plaintiff's injuries, and the plaintiff's records from her doctors and other medical professionals. The Defendants request the time to receive these records so that a proper case assessment may be made.

It is requested that the court grant the defendants motion to extend the time to proceed to mediation be extend until June 15, 2025, and such other and further relief as the court deems just and proper.

Thank you for your consideration of this request.

Very truly yours,
Susan Tokarski
Susan M. Tokarski
516-571-3001
stokarski@nassaucountyny.gov

To: (via ecf)
Valli Kane & Vagnini LLP
600 Old Country Road, Ste. 519
Garden City, NY 11530
(516) 203-7180
James Vagnini, Esq.
Brendan Carman, Esq.

cc: Dominick J. Siani (pro-se)
P.O. 283
Deer Park, NY 11729
dsiani@msn.com