**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

October 21, 2025

Hon. Lee G. Dunst
United States Magistrate Judge
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Domroe v. Nassau County
24cv06545

Hon. Dunst:

The defendants request that the completion of Document Discovery be extended for an additional 30 days and that the remainder of the discovery schedule be adjusted accordingly. The plaintiff consents to this request.

This request is made due to a delay in obtaining emails received and sent by employees of Department Social Services. The Nassau County DSS emails are maintained and stored by a NYS server. In addition, any records concerning clients that are receiving DSS benefits are confidential pursuant to federal and state law. Nassau County requested and recently received emails from NYS; however, the emails must be reviewed and redacted.

<u>Proposed Modified Discovery Schedule</u>

| | |
|---|---|
| Completion of Document Discovery | December 1, 2025 |
| Completion of Depositions | February 2, 2026 |
| Close of discovery (including Expert discovery) | March 3, 2026 |
| Commencement of Summary Judgment Motion | April 20, 2026 |

Your consideration of this request is appreciated.

Very truly yours,

Nassau County Attorney
Attorney for Defendants

Susan Tokarski

Susan M. Tokarski, Esq.
Deputy County Attorney
One West Street
Mineola, NY
516-571-3001
stokarski@nassaucounty.gov

To: (via ecf)
Valli Kane & Vagnini LLP

600 Old Country Road, Ste. 519
Garden City, NY 11530
(516) 203-7180
Brendan Carman, Esq.
bcarman@vkv.law