**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

January 5, 2026

Hon. Lee G. Dunst
U.S. Magistrate Judge
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Domroe v. Nassau County
Case No. 24cv06545

Hon. Dunst:

Pursuant to this court's order dated December 9, 2025, the Defendant submits this status report regarding production of emails from the NYS server. Nassau County has provided the plaintiff with a preliminary response with a flash drive containing several hundred emails in response to the plaintiff's demand.

The production was preliminary as the number of documents provided by NYS exceeded a few thousand emails. NYS did **not** limit its search to documents related to this action. The emails from NYS included all emails where the plaintiff 's name was the subject matter or in the body of the email; and all emails where the plaintiff was the recipient and or sender (including group emails). Unfortunately, the emails were not sorted by date, subject matter, recipient, or sender. The County is still reviewing the emails produced and additional documents in an effort to further limit the response to relevant documents.

Due to the manner in which the documents were by NYS, the files produced were not bate stamped. It is anticipated that the County will submit amended and supplemental responses to the demand for NYS emails. In addition, the County will provide a privilege log for documents that are confidential pursuant to attorney client communications, attorney work product, and executive privileges. The log will also list documents that are confidential pursuant to NY Social Services Law §21 and §136 and pursuant to 45 CFR §205.50.

**ONE WEST STREET - MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX: 516-571-6684, 6604**

The County will continue to provide the response on a rolling basis.

Very truly yours.

THOMAS A. ADAMS
Nassau County Attorney

By:
Susan M. Tokarski, Deputy County Attorney
Attorney for Defendant
One West Street
Mineola, New York 11501
stokarski@nassaucountyny.gov

cc. (via ecf)
Valli Kane & Vagnini LLP
Attorney for Plaintiff
600 Old Country Road, Ste. 519
Garden City, NY 11530
(516) 203-7180