**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY

January 29, 2026

Hon. Lee G. Dunst
U.S. Magistrate Judge
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Domroe v. Nassau County
    Case No. 24cv06545

Hon. Dunst:

Pursuant to this court's order dated December 9, 2025, the Defendant submits this joint status report regarding production of emails from the NYS server.

Defendant's position is as follows:

Nassau County has previously provided the plaintiff with a preliminary response with a flash drive containing seven thousand pages of emails in response to the plaintiff's demand.

The documents forwarded were not Bate Stamped to ensure timely delivery to the plaintiff. The County is now in the process of having the documents bate stamped.

NYS did **not** limit its search to documents but included all emails where the plaintiff 's name was somewhere in the document. It appears that the remainder of the documents are further duplicates of the documents previously produced. The County is in the process of confirming that the remaining documents are only duplicates.

It is anticipated that the County will submit amended and supplemental responses to the demand for NYS emails. In addition, the County will provide a privilege log for documents that are confidential pursuant to attorney client communications, attorney work product, and executive privileges. The log will also list documents that are confidential pursuant to NY Social Services Law §21 and §136 and pursuant to 45 CFR §205.50.

Plaintiff's position is as follows:

On January 6, 2025, Defendant provided a flash drive with over seven thousand individual PDF documents that have not been bate-stamped. A cursory review of this production shows many

emails outside the relevant time frame as defined by Plaintiff's discovery requests. Defendant to date has not provided an index that informs which documents are responsive to which requests.

Defendant's counsel has informed Plaintiff that reviewing the remaining documents will take until the end of February. We note that the current document discovery deadline is February 13, 2026. *See* Docket Entry 18. That said, Plaintiff is amenable to extending the deadline until the end of February, if by that date Defendant bate-stamps the documents, produces a privilege log, an index to indicate which documents are responsive to which request, and any objections Defendant has to Plaintiff's requests.

Very truly yours.

THOMAS A. ADAMS
Nassau County Attorney

By:
Susan M. Tokarski, Deputy County Attorney
Attorney for Defendant
One West Street
Mineola, New York 11501
stokarski@nassaucountyny.gov

cc. (via ecf)
Valli Kane & Vagnini LLP
Attorney for Plaintiff
600 Old Country Road, Ste. 519
Garden City, NY 11530
(516) 203-7180