**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

March 5, 2026

Hon. Lee G. Dunst
U.S. Magistrate Judge
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Domroe v. Nassau County
    Case No. 24cv06545

Hon. Dunst:

Pursuant to this court's order dated January 29, 2026, the Defendant submits this status report regarding production of emails from the NYS server.

Nassau County has previously provided the plaintiff with a flash drive containing several thousand pages of emails in response to the plaintiff's demand. The County has bate-stamped the documents and the number of documents. The County Attorney's office has reviewed the documents provided to plaintiff and has determined that the duplicates have been eliminated.

Currently the County is in the process of preparing the privilege log. The documents on the NYS server contain information concerning personal information of DSS recipients. DSS recipient information is deemed highly confidential pursuant to State and Federal statutes and regulations. NY Social Services Law §21 and §136 and pursuant to 45 CFR §205.50. The parties are preparing an Amended Protective Order to ensure the confidentiality of benefit recipients is maintained. The amended protective order will also assist in eliminating the need to redact all personal information.

It is anticipated that the County will be able to submit the bate stamped documents and the privilege log the documents and the bate stamped by the end of March.


Very truly yours.

THOMAS A. ADAMS
Nassau County Attorney

By:
Susan M. Tokarski, Deputy County Attorney
Attorney for Defendant

One West Street
Mineola, New York 11501
stokarski@nassaucountyny.gov


cc. (via ecf)
Valli Kane & Vagnini LLP
Attorney for Plaintiff
600 Old Country Road, Ste. 519
Garden City, NY 11530
(516) 203-7180