# Valli Kane & Vagnini

### Employee Rights Attorneys

600 Old Country Road  Tel: (516) 203-7180
Suite 519  Fax: (516) 706-0248
Garden City, NY 11530  www.vkvlawyers.com

March 6, 2026

**VIA ECF**
Hon. Lee G. Dunst
United States Magistrate
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

      **Re:**   *Jamie Domroe v. Nassau County*, 24-cv-06545 (SJB) (LGD)
              <u>**Joint Request for Document Discovery Deadline Extension**</u>

Dear Judge Dunst:

      Last night, Defendant filed what may be purported as a joint status report, however, Plaintiff did not agree to said filing. The parties have been conferring regarding the various discovery issues outlined in Your Honor's January 30, 2026 Order, however, Defendant's letter does not account for several issues raised by the Court.

      As such, we are required to submit Plaintiff's own status report. While Ms. Tokarski's letter is accurate with respect to the issues she raised, she has not responded to whether or not their production by the end of this month will be the entirety of their production and specifically includes responses to Plaintiff's Supplement Requests for Production served on Defendant on October 14, 2025. She also indicates that they provided a flash drive with "emails" but we are unsure if she intends to produce any other documents or records sought by Plaintiff. Defendant also failed to indicate whether she would be producing an index of the thousands of bates numbered documents she plans to produce indicating which specific requests they respond to. Finally, Defendant has failed to indicate whether they intend to modify their extremely overbroad and general objections they made to our requests when they "dumped" the thousands of pages of non-bates stamped records on us earlier this year.

We respectfully request that Your Honor require Defendant to provide us with a thorough response to these outstanding issues early next week.

Sincerely,

VALLI KANE & VAGNINI LLP

*/s/ James Vagnini*
jav@vkv.law

*Attorneys for Plaintiff*

cc [via ECF]

Susan Tokarski
stokarski@nassaucountyny.gov

*Attorney for Defendant*