UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X       Case No. 24-cv-06545
JAMIE DOMROE,                                                                                      (SJB)(LGD)

                                                    Plaintiff,

                     -against-                                                                  **NOTICE OF**
                                                                                                      **APPEARANCE**
NASSAU COUNTY,

                                                    Defendant.
--------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that the undersigned hereby enters an appearance as counsel

of record in this Action on behalf of Defendant, NASSAU COUNTY.

     The undersigned certifies that she is admitted to practice in this Court. All papers should

be served upon the undersigned at the mailing address listed below.

Dated:  Mineola, New York
        March 23, 2026

                           Respectfully submitted,

                           **BEE READY LAW GROUP, LLP**

**By:**  _Catherine V. Battle_____
                           Catherine V. Battle
                           *Attorneys for Defendant, NASSAU COUNTY*
                           170 Old Country Road, Suite 200
                           Mineola, New York 11501
                           Tel. No.: (516) 746-5599
                           Fax No.: (516) 746-1045
                           cbattle@beereadylaw.com
                           File No.: 1000-2603