PETER A. BEE*
RICHARD P. READY
WILLIAM C. DEWITT
ANDREW K. PRESTON**
STEPHEN L. MARTIR**

OF COUNSEL:
RHODA Y. ANDORS

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ

# BEE READY LAW GROUP, LLP

170 Old Country Road, Suite 200
Mineola, New York 11501
T. 516-746-5599 -- F. 516-746-1045
www.beereadylaw.com

ASSOCIATES:

PETER OLIVERI, JR.
THEODORE GORALSKI
JASON P. BERTUNA
**CHRISTOPHER J. NEUMANN
KEVIN SIMMONS
CATHERINE V. BATTLE

March 24, 2026

***Via ECF***

The Honorable Lee G. Dunst
District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

***Re: Domroe v. Nassau County***
***Case No. 24-cv-06545 (SJB)(LGD)***

Dear Judge Dunst:

This office was recently retained to represent Defendant, Nassau County, ("Defendant") in the above-referenced matter. We only received the voluminous file late last week.

There is currently a status report due in this matter on March 26, 2026. By this letter, I am respectfully requesting that Your Honor grant the parties a four (4) week extension, until April 23, 2026, for the submission of a status report. This is the first request for an extension of the March 26, 2026 date for the submission of a status report. I have conferred with counsel for Plaintiff, James Vagnini, Esq., who informed me that he consents to this request.

The primary reason for this request is this office's recent retention in this matter, and the attendant need to review the prior court submissions and discovery that has been exchanged between the parties thus far. In particular, I am aware that, prior to this office's retention, Defendant provided Plaintiff with approximately 13,000 documents that Defendant received from New York State, which are subject to numerous state and federal statutes and regulations, including regarding confidentiality. It is my understanding that many of these documents have no facial relevance to the instant dispute. Many of the documents necessitate redactions, and, to date, the documents have not yet been bate stamped. It is also my understanding that the parties have discussed the preparation of an Amended Protective Order to reduce or eliminate the need to redact personal information, which has yet to be completed. Defendant also has yet to prepare a Privilege Log in connection with the documents received from New York State. Given the recent receipt of the file in this matter, it remains necessary for this office, as a preliminary matter, to conduct an initial review of the New York State and other documentation that has been provided to Plaintiff's

counsel, and to ascertain the status of Plaintiff's response to Defendant's discovery demands as well.

To the best of my knowledge and understanding, this request does not affect any other scheduled Court appearance or deadline.

Thank you for your consideration of this request.

Respectfully submitted,

Catherine V. Battle

Catherine V. Battle

cc: James Vagnini, Esq.