# JOINT EXHIBIT "3"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---X
JAMIE DOMROE,

Index No.: 606930/202

Plaintiff,

**NOTICE OF APPEAL**

- against -

CENTRAL NASSAU GUIDANCE AND COUNSELING SERVICES, INC., JULIAN PREVAL and [redacted]

Defendants.
---X
CENTRAL NASSAU GUIDANCE AND COUNSELING SERVICES INC. and JULIAN PREVAL,

Third-Party Plaintiffs,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, and NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES,

Third-Party Defendants.
---X

PLEASE TAKE NOTICE that Plaintiff, JAMIE DOMROE hereby appeals to the Appellate Division of the Supreme Court of the State of New York, Second Department, from that part of the Decision and Order of the Supreme Court, Nassau County, by Hon, Denise L, Sher, dated November 18, 2024, entered November 22, 2024, and served with Notice of Entry on November 27, 2024, that denied Plaintiff's motion, Motion Sequence No. 7, in its entirety.

A copy of the Order with Notice of Entry is annexed hereto.

Dated: Westbury, New York
December 3, 2024

Respectfully submitted,
EDELMAN, KRASIN & JAYE, PLLC

KARA M. ROSEN, ESQ.
Attorneys for Plaintiff JAMI
JAMIE DOMROE
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590
(516) 742-9200

TO: MIRANDA SLONE SKLARIN
VERVENIOTIS LLP
Attorneys for Defendants
CENTRAL NASSAU GUIDANCE AND
COUNSELING SERVICES INC. and JULIAN PREVAL
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

KERRI M. HOFFMAN, ESQ.
Deputy County Attorney
Attorney for Third-Party Defendants
COUNTY OF NASSAU, NASSAU
COUNTY POLICE DEPARTMENT
And NASSAU COUNTY DEPARTMENT OF
SOCIAL SERVICES
One West Street
Mineola, New York 11501

[redacted]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU: PART 30
---------------------------------------X
JAMIE DOMROE,

Plaintiff,

-against- Index No. 606930/2020

CENTRAL NASSAU GUIDANCE AND COUNSELING SERVICES, INC., JULIAN PREVAL and [redacted],

Defendants.
---------------------------------------X
CENTRAL NASSAU GUIDANCE AND COUNSELING SERVICES, INC., JULIAN PREVAL,

Third-Party Plaintiffs,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, and NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES,

Third-Party Defendants.
---------------------------------------X

October 30, 2024
100 Supreme Court Drive
Mineola, New York

B E F O R E : HON. DENISE L. SHER,
Justice of the Supreme Court

A P P E A R A N C E S:

EDELMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590

BY: MONICA BECKER, ESQ.

MIRANDA SLONE SKLARIN VERVENIOTIS LLP
Attorneys for Defendants/Third-Party Plaintiffs, Central Nassau Guidance and Counseling Services, Inc. and Julian Preval
240 Mineola Boulevard
Mineola, New York 11501

BY: LOUISE FASANO, ESQ.

THOMAS A. ADAMS
NASSAU COUNTY ATTORNEY
Attorneys for Third-Party Defendants
One West Street
Mineola, New York 11501

BY: SUSAN M. TOKARSKI, Deputy County Attorney
KERRI M. HOFFMAN, Deputy County Attorney

Irene Trignani
Official Court Reporter

THE CLERK: Domroe, Jamie against Central Nassau Guidance and Counseling Services, Inc., et al., Index Number 606930 of 2020.

Counsel, your appearances for the record.

MS. BECKER: Monica Becker from Edelman, Krasin & Jaye, for the plaintiff, 7001 Brush Hollow Road, Suite 100, Westbury, New York 11590.

MS. FASANO: Louise Fasano from Miranda Slone, for Central Nassau and Julian Preval, 240 Mineola Boulevard, Mineola, New York 11501.

MS. TOKARSKI: Susan Tokarski, Deputy County Attorney for Nassau County, third-party defendant, Nassau County Attorney's Office, One West Street, Mineola, New York.

MS. HOFFMAN: Kerri Hoffman, Deputy County Attorney, Nassau County Attorney's Office, for third-party defendant County of Nassau, One West Street, Mineola, New York.

THE COURT: [redacted] who is not here, is in default, representing himself.

Motions 5, 6 and 7 were argued before the Court on the record on October 9, 2024, and the Court was asked to withhold the decision while counsel would try to get [redacted] to sign an authorization. I understand that that has not

occurred.

MS. BECKER: Correct.

THE COURT: So I will then give you my decision. This is the decision and order of the Court.

Based upon the credible weight of the arguments made on each of these motions, first with respect to Motion Sequence Number 7, that motion is denied. The Court will not compel [redacted] to authorize the release of all records of defendant Central Nassau Guidance and Counseling Services, Inc. and third-party defendant County of Nassau, Department of Social Services.

With respect to Motion 5 and Cross-Motion 6, the Court denies those motions, as well. The Court will not vacate the Note of Issue. If there is additional discovery, the parties should continue to complete it.

I don't know if you want to order the transcript, appeal me.

MS. BECKER: Off the record?

THE COURT: Off the record.

(Discussion held off the record.)

THE COURT: Ms. Becker, thank you for having the Court clarify.

The Court's decision does include each relief requested starting with number 1 through number 7, so those are all denied.

Thank you.

MS. FASANO: Off the record?

THE COURT: Sure.

(Discussion held off the record.)

(Court was adjourned.)

* * * * *

I hereby certify that the foregoing is a true and accurate transcription of my stenographic notes in the captioned matter.

Irene Trignani
Official Court Reporter

So Ordered:

Judge Denise L. Sher, JSC

Dated: 11/18/24

ENTERED
Nov 22 2024
NASSAU COUNTY
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------------X

JAMIE DOMROE,

Index No.: 606930/202

Plaintiff,

**ORDER WITH**
**NOTICE OF ENTRY**

- against -

CENTRAL NASSAU GUIDANCE AND COUNSELING SERVICES, INC., JULIAN PREVAL and [redacted]

Defendants.
---------------------------------------------------------------------X

CENTRAL NASSAU GUIDANCE AND COUNSELING SERVICES INC., JULIAN PREVAL, and [redacted]

Third-Party Plaintiffs,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, and NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES,

Third-Party Defendants.
---------------------------------------------------------------------X

PLEASE TAKE NOTICE that the within is a true copy of a Transcript and Order of the Hon, Denise L, Sher, JSC dated November 18, 2024, and entered in the office of clerk of the within named Court on or about November 22, 2024.

Dated: Westbury, New York
November 25, 2024

Respectfully submitted,
EDELMAN, KRASIN & JAYE, PLLC

BY: ______________________
Kara M, Rosen, Esq.
*Attorneys for Plaintiff*
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590
(516) 742-9200

TO: MIRANDA SLONE SKLARIN
VERVENIOTIS LLP
Attorneys for Defendants
CENTRAL NASSAU GUIDANCE AND
COUNSELING SERVICES INC. and JULIAN PREVAL
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

KERRI M. HOFFMAN, ESQ.
Deputy County Attorney
Attorney for Third-Party Defendants
COUNTY OF NASSAU, NASSAU
COUNTY POLICE DEPARTMENT
And NASSAU COUNTY DEPARTMENT OF
SOCIAL SERVICES
One West Street
Mineola, New York 11501

[redacted]