# JOINT EXHIBIT “4”

**Subject:** Summary of 7/16 Incident
**From:** "Haruthunian, Jamie (HHSNASSAUCOUNTYNY)"
**Date:** 7/17/2019 5:12:47 PM
**To:** "Garber, Karen (NASSAU)"
**CC:** "Broderick, Paul F (HHSNASSAUCOUNTYNY)"

Hi Karen. As discussed here is my summary of the incident that occurred between Jamie Domroe & client Redacted on 7/16/19:

Mr. Redacted was at DSS to be housed on 7/16/19 & normally sees Joan Porter as his housing worker. Due to not attending his scheduled THA Psych IMA on 7/11/19 he was instead seeing Jamie Domroe in a Psychiatric Social Worker role. Jamie was discussing his non-payment of his client share & his need to attend a rescheduled IMA. Mr. Redacted was given multiple dates that he could reschedule his IMA but stated he would not attend. Jamie came to my office and asked me to speak with him along with her because he was refusing to attend IMA. Mr. Redacted Care Coordinator from CNG, Julian, was also present during the interview.

When I came out and was speaking with Mr. Redacted he was presenting as non-responsive & had an extremely flat affect. I could not get a response out of him & he appeared completely shut down. I walked out of Jamie's booth to the control room to request that police come speak with Mr. Redacted My goal at that moment was to have Mobile Crisis evaluate Mr. Redacted for a possible hospitalization. By the time I reached the control room to request security Mr. Redacted had grabbed Jamie & began assaulting her.

I ran into Booth #3 where I normally sit & watched Dave Smith, Mauricio Jimenez, Richard Russini, and Mark Hansen begin attempting to free Jamie from Mr. Redacted. At some point I saw a client intervene as well.

Once Jamie was freed she ran into the bathroom where I followed her to make sure she was okay. Police were handcuffing Mr. Redacted on the ground when I ran after Jamie. Once in the bathroom female security closed off the entrance so Jamie could have a minute to recuperate & calm down before a female police officer came in to examine her and begin questioning her about the assault.

Once medics and additional police arrived Jamie was transferred to an ambulance outside of the West Intake where I accompanied her. She was examined and transported to Winthrop Hospital & I stayed in the ambulance with her. Once she was in the ER & her husband arrived I returned to the office around 2pm.

Thank you for all of your support & help over the last two days. It has been very comforting for myself & my staff.

Jamie

**Jamie Haruthunian**
**Supervisor, Emergency Housing**
Nassau County Department of Social Services
60 Charles Lindbergh Boulevard
Uniondale, NY 11553
Office: (516) 227-8458
Cell: (516) 580-6659
Fax: (516) 227-7394
Jamie.haruthunian@hhsnassaucountyny.us

This email and any attached files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message may contain information that is privileged or otherwise protected by attorney-client, work product immunity or other legal rules. This message is intended only for the individual or individuals named. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error. As such, you are hereby notified that any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Furthermore, any action taken in reliance on the contents of this information is strictly prohibited. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and permanently delete this e-mail from your system.