JOINT EXHIBIT "6"

**Subject:** RE: Confidential - J. Domroe
**From:** "Vassel, Jeanne (HHSNASSAUCOUNTYNY)"
**Date:** 6/1/2022 1:20:35 PM
**To:** "Haruthunian, Jamie (HHSNASSAUCOUNTYNY)"
**CC:** "Nunziata, Nancy (HHSNASSAUCOUNTYNY)"

Thank You Jamie.

If the County Attorney has any further questions I will let you know.

*Thanks;*
*Jeanne Vassel*
*Director Human Resources/Payroll*
*Nassau County Department of Social Services*
*60 Charles Lindbergh Blvd. Suite 160*
*Uniondale, NY 11553-3686*
*Email Jeanne.Vassel@hhsnassaucountyny.us*
*Tel (516)227-7627*
*Fax (516)227-7142*

Legal Disclaimer
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by work product or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files in strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

**From:** Haruthunian, Jamie (HHSNASSAUCOUNTYNY) <Jamie.Haruthunian@hhsnassaucountyny.us>
**Sent:** Tuesday, May 31, 2022 4:01 PM
**To:** Vassel, Jeanne (HHSNASSAUCOUNTYNY) <Jeanne.Vassel@hhsnassaucountyny.us>
**Cc:** Nunziata, Nancy (HHSNASSAUCOUNTYNY) <Nancy.Nunziata@hhsnassaucountyny.us>
**Subject:** RE: Confidential - J. Domroe

Redacted

Redacted

Redacted

Redacted

---

**From:** Vassel, Jeanne (HHSNASSAUCOUNTYNY) <Jeanne.Vassel@hhsnassaucountyny.us>
**Sent:** Friday, May 27, 2022 12:46 PM
**To:** Haruthunian, Jamie (HHSNASSAUCOUNTYNY) <Jamie.Haruthunian@hhsnassaucountyny.us>

**Cc:** Nunziata, Nancy (HHSNASSAUCOUNTYNY) <Nancy.Nunziata@hhsnassaucountyny.us>
**Subject:** Confidential - J. Domroe
**Importance:** High

Hi Jamie

Redacted

Redacted The County Attorney's office is requesting this information.

*Thanks,*

*Jeanne Vassel*
*Director Human Resources/Payroll*
*Nassau County Department of Social Services*
*60 Charles Lindbergh Blvd. Suite 160*
*Uniondale, NY 11553-3686*
*Email: Jeanne.Vassel@hhsnassaucountyny.us*
*Tel (516)227-7627*
*Fax (516)227-7142*

-

-

Legal Disclaimer
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by work product or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files in strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

**Subject:** RE: Confidential - J. Domroe
**From:** "Vassel, Jeanne (HHSNASSAUCOUNTYNY)"
**Date:** 6/1/2022 1:20:35 PM
**To:** "Haruthunian, Jamie (HHSNASSAUCOUNTYNY)"
**CC:** "Nunziata, Nancy (HHSNASSAUCOUNTYNY)"

Thank You Jamie.

If the County Attorney has any further questions I will let you know.

*Thanks,*

*Jeanne Vassel*
*Director Human Resources / Payroll*
*Nassau County Department of Social Services*
*60 Charles Lindbergh Blvd. Suite 160*
*Uniondale, NY 11553-3686*
*Email: Jeanne.Vassel@hhsnassaucountyny.us*
*Tel (516)227-7627*
*Fax (516)227-7142*

-

-

Legal Disclaimer
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by work product or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files in strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

**From:** Haruthunian, Jamie (HHSNASSAUCOUNTYNY) <Jamie.Haruthunian@hhsnassaucountyny.us>
**Sent:** Tuesday, May 31, 2022 4:01 PM
**To:** Vassel, Jeanne (HHSNASSAUCOUNTYNY) <Jeanne.Vassel@hhsnassaucountyny.us>
**Cc:** Nunziata, Nancy (HHSNASSAUCOUNTYNY) <Nancy.Nunziata@hhsnassaucountyny.us>
**Subject:** RE: Confidential - J. Domroe

Hi Jeanne. Here's a summary of Jamie Domroe's job duties...

**Prior to worker's comp we had very different procedures in Housing. It was pre-COVID so we were still seeing clients in the West Intake and all clients were required to come to the building for their authorizations. During COVID we stopped seeing clients face-to-face in the West Intake & that will remain in place. Pre-worker's comp Jamie was working as our psychiatric social worker & assessing clients based on the requirements of 16-ADM-11. She was doing mental health assessments and assessing if a client had a physical or mental disability that would impact their ability to comply with housing regulations. She was also seeing clients for standard housing authorizations when we were short staffed because she was trained to do so. The bulk of her work was acting as a social worker for clients that were struggling & handling our assessments in addition to Katie Swanson.**

**When Jamie returned remotely, it was during the COVID procedures & her role was solely focused on social work & the assessments required by our ADMs. She was not doing standard housing authorizations at that time. Jamie began handling a large amount of our assessments & worked with individual clients as an actual social worker making referrals for services outside of the Agency. She also worked directly with the shelters when they were unsure of how to handle a client related situation and would make referrals to ARC and Mobile Crisis when needed. This was all done remotely.**

**Currently, many of the procedures we created during COVID are remaining in place because they benefit the clients. Should Jamie return, her duties would be similar to what she was doing remotely during COVID. She would be working with the shelters for their authorizations in order to assist client's with their eligibility documents. She would be taking on the role as our main case worker for assessments and social work related activities. She would be the point-of-contact for shelters when they have a client related issue or request a discharge for a client. She would also do the assessments required by our ADMs and referrals to psych IMA appointments. From these referrals, she would build a case load of individual clients to work with directly who have additional needs requiring outside resources. I would also set her up as the contact for Mobile Crisis.**

**Please let me know if you need any other additional information.**

**Thanks,**
**Jamie**

**From:** Vassel, Jeanne (HHSNASSAUCOUNTYNY) <Jeanne.Vassel@hhsnassaucountyny.us>
**Sent:** Friday, May 27, 2022 12:46 PM
**To:** Haruthunian, Jamie (HHSNASSAUCOUNTYNY) <Jamie.Haruthunian@hhsnassaucountyny.us>

Cc: Nunziata, Nancy (HHSNASSAUCOUNTYNY) <Nancy.Nunziata@hhsnassaucountyny.us>
**Subject:** Confidential - J. Domroe
**Importance:** High

Hi Jamie,
Can you please provide me with Jamie Domore's job duties prior tor her workers comp case? I also need to know how they changed when she was working remotely and if she were to return to work would her job assignment be the same as they were pre-workers comp? If not, how would they change? The County Attorney's office is requesting this information.

*Thanks,*
*Jeanne Vassel*
*Director Human Resources/Payroll*
*Nassau County Department of Social Services*
*60 Charles Lindbergh Blvd. Suite 160*
*Uniondale, NY 11553-3686*
*Email Jeanne.Vassel@hhsnassaucountyny.us*
*Tel (516)227-7627*
*Fax (516)227-7142*

Legal Disclaimer
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by work product or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files in strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.