# JOINT EXHIBIT “7”

| Begin Bates | End Bates | Master Date Time | File Name | Folder | Responsiveness | Privilege Reason |
|---|---|---|---|---|---|---|
| NYS Server Document 000105 | NYS Server Document 000181 | 12/10/2025 14:33 | FW__0ac010 fw ff0523.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Confidential Employee Information |
| NYS Server Document 000236 | NYS Server Document 000236 | 9/24/2025 0:33 | FW_ Domroe Jamie - Stipulation re_ continued health dental vision Insurance _26dbc1.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client |
| NYS Server Document 000237 | NYS Server Document 000237 | 9/22/2025 16:33 | FW_ Domroe Jamie - Stipulation re_ continued health dental vision Insurance _9fd39e.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client |
| NYS Server Document 000247 | NYS Server Document 000249 | 9/22/2025 11:12 | FW_ Jamie Domroe case_2fa04a.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client |
| NYS Server Document 000290 | NYS Server Document 000290 | 9/22/2025 14:50 | FW_ Summary of 7_16 Incident_36440b.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client |
| NYS Server Document 000301 | NYS Server Document 000301 | 9/22/2025 15:27 | Jamie Domroe - workplace complaint_3d8a3b.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client |
| NYS Server Document 000314 | NYS Server Document 000314 | 9/23/2025 0:56 | office availability_3a7a2d.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Confidential Employee Information |
| NYS Server Document 000318 | NYS Server Document 000319 | 9/22/2025 12:33 | RE_ Confidential - J Domroe_0d9db7.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client; Work Product |
| NYS Server Document 000336 | NYS Server Document 000336 | 9/23/2025 15:55 | RE_ Jamie Domroe - workplace complaint_1e9d9f pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client |
| NYS Server Document 000339 | NYS Server Document 000339 | 9/22/2025 22:16 | RE_ Jamie Domroe Evaluation_ad592f.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Confidential Client Information; Confidential Employee Information |
| NYS Server Document 000357 | NYS Server Document 000357 | 9/23/2025 17:57 | RE_ office availability_1d0ca2.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Confidential Employee Information |
| NYS Server Document 000362 | NYS Server Document 000362 | 9/23/2025 22:49 | RE_ Presurgical Testing 4_28 Preop 5_4_d2c10a.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Confidential Employee Information |
| NYS Server Document 000365 | NYS Server Document 000366 | 9/23/2025 7:52 | RE_ Summary of 7_16 Incident_906f66.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Confidential Client Information |
| NYS Server Document 000370 | NYS Server Document 000370 | 9/23/2025 15:20 | Summary of 7_16 Incident_776cfd.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Confidential Client Information |
| NYS Server Document 000372 | NYS Server Document 000372 | 9/23/2025 15:11 | Work Logs - J Domroe_64aa11.pdf | /Domroe emails sent usb.zip/Domroe emails sent usb | Redact - Privileged | Attorney/Client |