UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMIE DOMROE,

Plaintiff,

v.

NASSAU COUNTY,

Defendant.
-------------------------------------------------------------x

Case No.: 2:24-cv-06545 (SJB) (LGD)

**SCHEDULE FOR EXPERT DISCOVERY**

The Court enters the following Order governing the scheduling of expert discovery in this Action:

1. Number of expert witnesses: Plaintiff(s): one (1) - Defendant(s): one (1).

2. Date for exchange of expert report(s): Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) must be made by January 15, 2027. Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) must be made by February 15, 2027.

3. Date for completion of expert discovery, including depositions: March 15, 2027.

4. Date for submission of joint certification of completion of all discovery: April 1, 2027.

**SO ORDERED:**

Dated: Central Islip, New York
October ____, 2026

____________________________
LEE G. DUNST
United States Magistrate Judge